

# OBERMAYER

**Matthew A. Green**
Direct Dial: 856-857-1413
matthew.green@obermayer.com
www.obermayer.com

Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73
Suite 420
Mt. Laurel, NJ 08054-5108
P: 856.857.1413
F: 856.482.0504

March 21, 2024

**VIA CM/ECF ELECTRONIC FILING**
Honorable Robert Kirsch
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building and
U.S. Courthouse, Courtroom 4E
402 E. State Street
Trenton, NJ 08605

Re:   *John Doe v. Oracle Screening Services, Inc. - Case No.: 3:24-cv-01112*

Dear Judge Kirsch:

This office represents the Defendant, Oracle Screening Services, Inc. ("Oracle") in the above matter. Oracle respectfully requests one (1) motion cycle adjournment of Plaintiff's Motion to Proceed Under Pseudonym, currently returnable on April 1, 2024. Plaintiff's counsel consents to this request.

We thank Your Honor for Your time and consideration.

Respectfully submitted,

*/s/ Matthew A. Green*
Matthew A. Green, Esquire
*Counsel for Oracle Screening Services, Inc.*

MAG/kp
cc:   Counsel of Record (via CM/ECF and email)

So Ordered this 21st day of March, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.