UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JOHN DOE,

        Plaintiffs,

v.

ORACLE SCREENING SERVICES, INC.

        Defendant.

Civil Action No.: 3:24-cv-01112-RK-RLS

**ORDER**

On this 2d day of ~~March~~ April 2024, upon consideration of Defendant's request for an extension to respond to Plaintiff's Complaint, and upon consent of Plaintiff's counsel, and for good cause show, Defendant shall respond or otherwise plead to Plaintiff's Complaint on or before April 19, 2024.

So Ordered this 2d day of April, 2024.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.

4875-3182-9682 v1