UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiffs,<br>v.<br><br>ORACLE SCREENING SERVICES, INC.<br><br>   Defendant. | Civil Action No.: 3:24-cv-01112-RK-RLS |

## ORDER

On this 16th day of April 2024, upon consideration of Defendant's request for an additional adjournment Plaintiff's Motion to Proceed under Pseudonym and an extension to respond to Plaintiff's Complaint, and upon consent of Plaintiff's counsel, and for good cause shown, Plaintiff's Motion to Proceed under Pseudonym shall be adjourned by one (1) motion cycle to May 6, 2024, and Defendant may respond or otherwise plead to Plaintiff's Complaint on or before May 3, 2024.

  SO ORDERED.

                   /s/ Rukhsanah L. Singh
                   Honorable Rukhsanah L. Singh, USMJ