Levi Y. Eidelman (NJ Bar No. 388242021)
**CONSUMER ATTORNEYS**
300 Cadman Plaza West, 12th Floor, Suite 12049
Brooklyn, NY 11201
T: (718) 360-0763
E: leidelman@consumerattorneys.com

*Attorneys for Plaintiff John Doe*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>vs.<br><br>ORACLE SCREENING SERVICES, INC.,<br><br>  Defendant. | Case No.: 3:24-cv-01112-RK-RLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, Plaintiff John Doe hereby voluntarily dismisses his claims in this matter against Defendant Oracle Screening Services, Inc. with prejudice.

Dated: May 9, 2024,

/s/ Levi Y. Eidelman
Levi Y. Eidelman (NJ Bar No. 388242021)
**CONSUMER ATTORNEYS**
300 Cadman Plaza West, 12th Floor, Suite 12049
Brooklyn, NY 11201
T: (718) 360-0763
E: leidelman@consumerattorneys.com

*Attorneys for Plaintiff John Doe*

SO ORDERED
/s/ Robert Kirsch
Robert Kirsch, U.S.D.J.
Date: 5/10/24

1